# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JAVIER CARLOS RIOS (1) | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: 17CR3748-BEN<br>JOHN CHARLES ELLIS<br>Defendant's Attorney |

**REGISTRATION NO.** 76046198

☐ _

**FILED**
OCT 26 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY /X/ DEPUTY

THE DEFENDANT:

☒ pleaded guilty to count(s)  1s OF THE SUPERSEDING INFORMATION.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 18 USC 371 | CONSPIRACY | 1s |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  underlying superseding Indictment  dismissed on the motion of the United States.

☒ Assessment : $100.00 forthwith or at the rate of not less than $10.00 per month commencing no later than sixty (60) days of 10/15/2018.

☐ JVTA Assessment*: $ _
*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒ No fine    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

October 15, 2018
Date of Imposition of Sentence

/s/ [signature]
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

17CR3748-BEN

# PROBATION

The defendant is hereby sentenced to probation for a term of:
FIVE (5) YEARS.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons unless removed from the United States.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994*:

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by court.

- [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (*Check, if applicable.*)
- [X] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
- [X] The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000, pursuant to 18 USC section 3583(a)(7) and 3583(d).
- [ ] The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (*Check if applicable.*)
- [ ] The defendant shall participate in an approved program for domestic violence. (*Check if applicable.*)

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

1. Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

2. Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

3. Submit your person, property, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

4. Provide complete disclosure of personal and business financial records to the probation officer as requested.

5. Notify the Collections Unit, United States Attorney's Office, of any interest in property obtained, directly or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation until the fine or restitution is paid in full.

6. Notify the Collections Unit, United States Attorney's Office, before transferring any interest in property owned, directly or indirectly, including any interest held or owned under any other name, or entity, including a trust, partnership or corporation.

7. Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

8. Be prohibited from holding or maintaining any position as a fiduciary or as an agent that puts him in a position to collect or possess large quantities of moneys or properties valued at over $25,000, without first having obtained consent from the probation officer or, if that consent is not to be forthcoming, he can petition the Court for authority to do so.

AO 245B (CASD Rev. 02/18) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | JAVIER CARLOS RIOS (1) | Judgment - Page **4** of **8** |
| CASE NUMBER: | 17CR3748-BEN | |

# RESTITUTION

The defendant shall pay restitution in the amount of   $4,577,370.00   unto the United States of America.

SEE ATTACHED RESTITUTION ORDER.

The Court has determined that the defendant   does not   have the ability to pay interest. It is ordered that:

The interest requirement is waived

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17CR03748-BEN |
|---|---|
| Plaintiff, | **RESTITUTION ORDER** |
| v. | |
| JAVIER CARLOS RIOS, | |
| Defendant. | |

IT IS ORDERED that the defendant JAVIER CARLOS RIOS pay restitution in the amount of $4,577,370.00 through the Clerk, U. S. District Court. Payment of restitution shall be forthwith. The defendant shall pay the restitution during his term of probation at the rate of $250 per month. These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the restitution judgment.

Restitution is to be paid to the following victims and distribution is to be made on a pro rata basis:

| Last Name | First Name | Amount |
|---|---|---|
| Abdullahi | Maria | $110,000.00 |
| Alsop | Nik | $7,000.00 |

| | Last Name | First Name | Amount |
|---|---|---|---|
| 1 | Avalos | Leonardo Manuel | $63,750.00 |
| 2 | Blake | Matthew | $4,550.00 |
| 3 | Borrelli | Darcie | $47,545.00 |
| 4 | Buttrus | Sufyan | $60,000.00 |
| 5 | Cardenas | Jonathan | $324,800.00 |
| 6 | Cha | Joon Hack | $9,600.00 |
| 7 | Chance | Brandon | $20,000.00 |
| 8 | Choe | Yun | $48,000.00 |
| 9 | Crawford | Steen | $50,000.00 |
| 10 | Dantzler | Willie Abbott | $24,000.00 |
| 11 | Decampos | Ismar | $24,525.00 |
| 12 | Denker | Sasha | $140,060.00 |
| 13 | Dooley | Patrick | $23,500.00 |
| 14 | Emami | Atta | $156,000.00 |
| 15 | Emanuel | Asher | $20,000.00 |
| 16 | Estrada | Stacy | $9,400.00 |
| 17 | Franklin | David | $8,360.00 |
| 18 | Gazcon | Roberto | $50,000.00 |
| 19 | Hermes | Jason | $11,750.00 |
| 20 | Hermes | Jade | $11,750.00 |
| 21 | Herrera | David | $9,600.00 |
| 22 | Herrera | Frank | $10,600.00 |
| 23 | Hill | Jennifer | $75,830.00 |
| 24 | Honea | William | $9,212.00 |
| 25 | Ibrahim | Raneia | $40,000.00 |
| 26 | Jafar | Hadi | $10,000.00 |
| 27 | James | Robert | $9,600.00 |
| 28 | Kachi | Maysam | $60,000.00 |
| | Kim | Kwi Young | $40,000.00 |
| | Kim | Scott | $9,800.00 |
| | Kwon | Soon Sang | $9,600.00 |
| | Lalji | Amit | $475,060.00 |
| | Leonall | Diane | $100,035.00 |
| | Loera | Luis E. | $91,000.00 |
| | Malik | Rahul | $143,762.00 |
| | Martinez | Humberto | $18,000.00 |
| | Martinez | Enrique | $10,000.00 |
| | McGinnis | Richard | $44,591.00 |
| | Mirabella | Paul | $17,000.00 |
| | Murillo | Gerald | $25,000.00 |
| | Nakano | Nelson | $38,100.00 |
| | Naperala | Ronald | $25,000.00 |

| Last Name | First Name | Amount |
|---|---|---|
| Nelson | Hermia | $700,000.00 |
| Nissen | Dale | $81,000.00 |
| Ortiz | Michael Edward | $17,100.00 |
| Piligrino | Andre | $40,000.00 |
| Rashid | Noman | $285,000.00 |
| Rashid | Shawn | $50,000.00 |
| Rashid | Amber | $50,000.00 |
| Rios | Andreina Marley | $19,500.00 |
| Russo | Nadine | $47,500.00 |
| Ryan | Liam | $20,950.00 |
| Solorio De Espino | Rosa Elia | $20,000.00 |
| Spiegel | April | $4,550.00 |
| Steffy | Kevin | $10,000.00 |
| Stoker | Rich | $14,750.00 |
| Sunega | Sarah | $17,440.00 |
| Tewfik | Fared | $10,000.00 |
| Toland | Lisa | $15,400.00 |
| Valdovinos | Calvin | $109,000.00 |
| Varon | Scott | $19,200.00 |
| Williams | Jay | $71,400.00 |
| Winkler | Nicolai | $60,000.00 |
| Yeh | Diane | $41,100.00 |
| Zanganeh | Shahram | $343,500.00 |
| Zdunich | Joshua | $33,600.00 |

Defendant shall be jointly and severally liable to pay restitution with co-defendant/co-conspirator, Jaswant Singh Gill, who was also charged and sentenced in this case, for the same losses.

Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

Defendant shall notify the Financial Litigation Unit, United States Attorney's Office, of any interest in property obtained, directly or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership, or corporation until the restitution is paid in full. Defendant shall notify the Financial

Litigation Unit, United States Attorney's Office, before Defendant transfers any interest in the property owned directly or indirectly by Defendant, including any interest held or owned under any other name or entity, including trusts, partnerships, and/or corporations. Defendant is subject to regular financial review by the United States Attorney's Office. Defendant agrees not to dissipate assets.

IT IS SO ORDERED.

DATED: 10/22/2018

HONORABLE ROGER T. BENITEZ
United States District Judge